# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER A. JONES,

       Plaintiff,                      3:10-CV-0162-LRH (VPC)

vs.                                        **MINUTES OF THE COURT**

HOWARD SKOLNIK, *et al.*,             Date:  February 10, 2011

       Defendants.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:    NONE APPEARING

COUNSEL FOR DEFENDANTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

     Plaintiff's motion identifying unserved defendants (#22) is **GRANTED in part** and **DENIED in part.**

     The Office of the Attorney General has accepted service on behalf of defendant Kenneth Thackwell (#25).  The Office of the Attorney General has also filed the last known addresses of Jeremiah Schultz and Aaron Landis (#26) *under seal*.  The last known addresses shall be kept under seal by the court and shall not be provided to the plaintiff.

     The Clerk shall issue summonses for **Jeremiah Schultz** and **Aaron Landis** and send the same to the U.S. Marshal with the addresses provided under seal.  The Clerk shall send to plaintiff two USM-285 forms, two copies of the amended complaint (#16), and two copies of this order for the defendants.  Plaintiff shall have until **Tuesday, March 1, 2011,** to complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

     Plaintiff's request that the defendants provide dates of birth of each unserved defendant is **DENIED**.

Plaintiff's motion for contempt of court (#27) is **DENIED**.

**IT IS SO ORDERED**.

                                          LANCE S. WILSON, CLERK

                    By:_____/s/_____
                              Deputy Clerk