```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         MAR 1 0 2011

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHRISTOPHER A. JONES,

        Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

        Defendants.
_____/

3:10-CV-0162-LRH (VPC)

**MINUTES OF THE COURT**

Date: March 9, 2011

PRESENT:
THE HONORABLE __VALERIE P. COOKE__, UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK: __LISA MANN__    REPORTER: __NONE APPEARING__

COUNSEL FOR PLAINTIFF: __NONE APPEARING__

COUNSEL FOR DEFENDANTS: __NONE APPEARING__

MINUTE ORDER IN CHAMBERS: __XXX__

    Plaintiff's motion to affix exhibits from original pleading (#1) to amended pleading (#16) (#32) is **GRANTED**. The Clerk shall affix a copy of the exhibits (#1-2, pages 3-30; #1-3, page 1-15; and #1-4, page 1-14) attached to the original pleading (#1) to the amended pleading (#16) and make those exhibits part of the court's record for docket #16 together with the exhibits that are currently attached to (#16) which are exhibits 27-26 (#16-1, pages 1-50).

    **IT IS SO ORDERED**.

                                         LANCE S. WILSON, CLERK

                               By:_____/s/_____
                                        Deputy Clerk