UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 5, 2012 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed plaintiff's supplement to request #41 (#74) and hereby **GRANTS** plaintiff's request for publication and request for extension of time to complete service.

Plaintiff shall publish the summons for defendants **Jeremiah Shultz** and **Aaron Landis** in the Las Vegas Review Journal once a week for a period of four (4) weeks. Fed.R.Civ.P. 4(e)(1) and Nev.R.Civ.P. 4(e)(1)(3). At the end of said period, the plaintiff shall file an affidavit or proof of publication from the newspaper certifying completion of publication. Plaintiff shall bear the cost of service by publication and shall be responsible for making all arrangements for publication through Mr. John McCormick. Neither the Nevada Department of Corrections nor the Office of the Attorney General shall bear any cost or responsibility for publication of the summons.

In addition, the Clerk shall **SEND** via U.S. Mail, a copy of this order, the summons (#29) and the amended complaint (#16) to the above-listed defendants at their last-known addresses provided under seal (#26).

The deadline to complete service of process on defendants Jeremiah Shultz and Aaron Landis is hereby extended to **Wednesday, February 29, 2012.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:               /s/
                  Deputy Clerk