# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | 3:10-cv-00162-LRH (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 12, 2012 |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's Motion for Order to Direct Clerk to Correct Electronically Filed Copy of Document #80 (#88[1]). Good cause appearing,

    Plaintiff's Motion for Order to Direct Clerk to Correct Electronically Filed Copy of document #80 (#88) is **GRANTED**.  The Court Clerk is directed to re-image the original document and docket same as a notice of corrected image of #80.

                                   LANCE S. WILSON, CLERK

                                   By:   /s/
                                           Deputy Clerk

---

[1] Refers to court's docket number.