**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 26, 2012 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for order (#101) to reissue summons is **GRANTED**. The Clerk advises that summons were issued on January 20, 2012 and mailed to the plaintiff (#100). However, the docket sheet does not reflect that the summons were mailed to plaintiff. Therefore, in an abundance of caution, the Clerk shall shall **RE-ISSUE** summons to Jeremiah Schultz and Aaron Landis and **MAIL** the summons to plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
          Deputy Clerk