UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-00162-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| HOWARD SKOLNIK, *et al.*, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#110[1]) entered on February 28, 2012, recommending granting Defendant's Motion to Dismiss (#44) as to Defendant Mason filed on April 12, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#110) entered on February 28, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
2  (#110) entered on February 28, 2012, is adopted and accepted, and Defendant's Motion to Dismiss
3  (#44) is **GRANTED** and Plaintiff's claim in Count V is **DISMISSED with prejudice** as to Defendant
4  Mason.

6    IT IS SO ORDERED.
7    DATED this 28th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE