UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER A. JONES, ) | |
| ) | |
| Plaintiff, ) | 3:10-cv-00162-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| HOWARD SKOLNIK, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before this Court is Plaintiff's Objections to Magistrate's Order #150 Pursuant to FRCP 72(a) (#152[1]).

Also before the Court are Plaintiff's Motion for Enlargement of Time (#151) in which to object to the Magistrate Judge's order and Defendants' Request for Submission of Plaintiff's Motion for Enlargement of Time (CD #151), and Defendant's Notice of Non-Opposition Thereto, (CD #153) (#155).

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Order (#150) entered on August 10, 2012 should be sustained.

---

[1]Refers to court's docket number.

1  IT IS THEREFORE ORDERED that Plaintiff's Objections to Magistrate's Order #150 Pursuant to FRCP 72(a) (#152) is OVERRULED and the Magistrate Judge's Order (#150) is SUSTAINED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Enlargement of Time (#151) in which to object to the Magistrate Judge's order is GRANTED *nunc pro tunc*.

IT IS FURTHER ORDERED that Request for Submission of Plaintiff's Motion for Enlargement of Time (CD #151), and Defendant's Notice of Non-Opposition Thereto, (CD #153) (#155) is DENIED as moot.

IT IS SO ORDERED.

DATED this 29th day of March, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2