## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 7, 2013 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to exceed page limit in plaintiff's reply in support of his partial motion for summary judgment (#184).  Defendants filed a response to the motion (#194) indicating they had no opposition to exceeding the page limit.  However, also contained in this response defendants improperly objected to certain evidence in the reply brief.  Plaintiff filed a reply to the page limit motion (#197) and a motion to strike defendants' response (#198).

Plaintiff's motion to exceed page limit in plaintiff's reply in support of his partial motion for summary judgment (#184) is **GRANTED**.  Plaintiff's motion to strike (#198) defendants' response is **GRANTED**.  The Clerk shall **STRIKE** defendants' response (#194).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk