1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

CHRISTOPHER JONES,                    )
                                      )
                Plaintiff,            )          3:10-cv-00162-LRH-VPC
                                      )
v.                                    )
                                      )          O R D E R
HOWARD SKOLNIK, *et al.*,             )
                                      )
                Defendants.           )
_____ )

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#200[1]) entered on August 23, 2013, recommending denying Plaintiff's Partial Motion for

17   Summary Judgment (#161) filed on February 25, 2013. Plaintiff filed his Objections to Report and

18   Recommendation by U.S. Magistrate Judge (#203) on September 5, 2013.  Defendants have not filed

19   a response to Plaintiff's Objections.  This action was referred to the Magistrate Judge pursuant to 28

20   U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court

21   for the District of Nevada.

22        The Court has conducted its *de novo* review in this case, has fully considered the objections of

23   Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to

24   28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

25

26        [1]Refers to court's docket number.

Report and Recommendation (#200) entered on August 23, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#200) entered on August 23, 2013, is adopted and accepted, and Plaintiff's Partial Motion for Summary Judgment (#161) is **DENIED**.


IT IS SO ORDERED.

DATED this 25th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE