**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 7, 2013 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has entered an order adopting and accepting the report and recommendation denying plaintiff's motion for partial summary judgment (#209). Therefore, plaintiff's motions to stay discovery (#196 & #201) are **DENIED**.

The court will take under submission plaintiff's motion for relief from order (#15) pursuant to FRCP 60(b)(5) after the reply has been filed.

The hearing set for **Thursday, October 10, 2013** is hereby **VACATED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
       Deputy Clerk