UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH  (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 13, 2014 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court will address below five of the ten motions currently pending before this court.

**#292  Plaintiff's motion to stay dispositive motions proceedings**

Plaintiff filed a motion to stay (#292) the deadline to file dispositive motions which is currently set for May 30, 2014.  Defendants have filed notices of non-opposition to the motion (#303) and (#304).  Plaintiff's motion to stay (#292) is **DENIED** as the court will not indefinitely stay the filing of dispositive motions.  However, the court will extend the deadline to file dispositive motions to and including **July 18, 2014.**

**#290  Defendants' motion for enlargement of time**

Defendants' motion for enlargement of time (#290) is **GRANTED**.  Defendant Yaqub Mustafaa shall have to and including ten days after the court rules on his motion for protective to respond to plaintiff's fifth set of requests for admissions.

**#299  Defendants' motion for enlargement of time**

Defendants' motion for enlargement of time (#299) is **GRANTED**.  Defendant Yaqub Mustafaa shall have an enlargement of time to May 14, 2014 to respond to plaintiff's request for production upon defendant Mustafaa (fourth set).

**#305  Defendants' motion for enlargement of time**

Defendants' motion for enlargement of time (#305) is **GRANTED**.  Defendant Tarik Berry shall have to and including May 16, 2014 to file a reply in support of his motion for discovery protective order (#296).

**#306  Defendants' motion for enlargement of time**

Defendants' motion for enlargement of time (#306) is **GRANTED**.  Defendant Yaqub Mustafaa shall have an extension of time to May 16, 2014 to file a reply in support of his motion for discovery protective order (#296).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk