1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                * * * * *

9  CHRISTOPHER A. JONES,              )
                                      )   3:10-cv-00162-LRH-VPC
10                 Plaintiff,         )
                                      )
11  v.                                )   ORDER
                                      )
12  HOWARD SKOLNIK, *et al.*,         )
                                      )
13                 Defendants.        )
   _____)

14

15        Before the Court is Plaintiff Christopher A. Jones' ("Jones") Motion for Adverse

16  Inference Instruction Due to Spoilation of Relevant Evidence.  Doc. #264.[1]  Defendants Yaqub

17  Mustafaa and Taerik Berry (collectively "Defendants") filed an Opposition (Doc. #273), to which

18  Jones replied (Doc. #277).

19        The Court has reviewed the relevant documents and pleadings on file in this matter and

20  finds that Jones' Motion is moot.  Therein, Jones argues that he is entitled to an adverse inference

21  instruction due to the spoilation of evidence, namely an audible tape-recording of his prison

22  disciplinary hearing on July 30, 2007.  However, the Nevada Department of Corrections

23  ("NDOC") has since produced an audible copy of the disciplinary hearing for Jones' inspection

24  in accordance with Federal Rule of Civil Procedure 34(c).  Moreover, on June 12, 2014,

25  Magistrate Judge Cooke issued an Order denying Jones' Motion to Compel Discovery from

26  Mustafaa and to Determine the Sufficiency of Answers.  Doc. #318.  Therein, Magistrate Judge

27  Cooke reviewed Mustafaa's Answer to Jones' Request for Production #6, related to the

28  _____

          [1] Refers to the Court's docket number.

1   audiotapes at issue, and determined that Mustafaa's response shall stand.  Because Jones' request

2   relates to a matter that has since been resolved, his Motion for Adverse Inference Instruction Due

3   to Spoilation of Relevant Evidence is denied as moot.  To the extent that Jones challenges the

4   authenticity and trustworthiness of the audiotapes, he must do so via an appropriate motion

5   before the Court.

6

7   IT IS THEREFORE ORDERED that Jones' Motion for Adverse Inference Instruction

8   Due to Spoilation of Relevant Evidence (Doc. #264) is DENIED.

9   IT IS SO ORDERED.

10   DATED this 6th day of August, 2014.

11   _____

12   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2