UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:10-cv-00162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 30, 2015 |
| | ) | |
| HOWARD SKOLNIK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is Plaintiff Christopher Jones' Motion to Disregard Defendants' Late Objection to the Magistrate Judge's Report and Recommendation (Doc. #426).  The Court will deny Jones' Motion.  The Government's Objection (Doc. #425) to the Magistrate Judge's Report and Recommendation (Doc. #423) was filed two days late.  However, the Objection was filed prior to the due date identified on the electronic docket.  The Court considers this to be timely.  The Court will consider the Government's Objection, and any response to the Objection, once the time for responses has passed.  Jones is instructed that any response that he wishes to file is due on or before May 11, 2015.

     IT IS THEREFORE ORDERED that Plaintiff Christopher Jones' Motion to Disregard Defendants' Late Objection to the Magistrate Judge's Report and Recommendation (Doc. #426) is DENIED.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk