**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER A. JONES, | 3:10-cv-00162-LRH-VPC |
| Plaintiff, | |
| v. | **MINUTES OF THE COURT** |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | July 21, 2015 |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:            LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to file addendum (#437) is **GRANTED**.  The Clerk shall **DETACH** and **FILE** plaintiff's addendum to reply in support of motion to submit case to the federal pro bono pilot project.

The court has reviewed plaintiff's motion to submit case to the federal pro bono pilot project (#430), defendants' opposition (#433), and plaintiff's reply (#435) and addendum (#442). "Whether to refer a case for appointment is discretionary and generally based upon a number of factors . . ." General Order 2014-01.  The court has reviewed the ten factors identified the court's general order and finds that plaintiff is capable, highly competent, well-versed, and has over a decade of litigation and trial experience.  Plaintiff has proven he can conduct depositions and present trial testimony, including examination and cross-examination of witnesses, without the assistance of counsel (3:10-CV-0162-LRH-VPC, #s 248 & 293; 3:03-CV-0032-ECR-RAM, #263; 3:03-CV-0276-HDM-VPC #200).  Plaintiff has obtained judgments in his favor and been awarded litigation costs (3:08-CV-0537-LRH-VPC, #s 86 & 110; 3:03-DV-0276-HDM-VPC, #s 200, 201 & 258).  Therefore, plaintiff's motion to submit case to the federal pro bono pilot project (#430) is **DENIED**.

            **IT IS SO ORDERED.**                          LANCE S. WILSON, CLERK

                                    By:            /s/
                                           Deputy Clerk