FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 27 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

1

2

3

4  CHRISTOPHER A. JONES,                    )          3:10-CV-0162-LRH-VPC
                                           )
5          Plaintiff,                      )
                                           )          **ORDER**
6  vs.                                     )
                                           )
7  HOWARD SKOLNIK, et al.,                 )
                                           )
8          Defendants.                     )
   _____)

9

10         A settlement conference is set in this case for September 12, 2016 (ECF No. 508).  The personal

   appearance of Christopher Jones, Raelene Palmer, and Mercedes Menendez is required.

11         THEREFORE, the Attorney General's Office is directed to make the necessary arrangements for

12  the plaintiff, Christopher Jones, #50600 to appear in person for the settlement conference set for

13  **Monday, September 12, 2016** at **10:00 a.m.** in Reno Courtroom No. 1 before Magistrate Judge Valerie

14  P. Cooke.

15

16         **IT IS SO ORDERED.**

17         DATED:   July 27, 2016.

18                                           _____
                                             VALERIE P. COOKE
19                                           UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28