UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 7, 2016 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Defendants' motion to appear in Las Vegas District Court for settlement conference (ECF No. 535) is **DENIED**.  The court does not have an additional location and staff available in the Las Vegas Division to meet this accommodation.  If defendants Mustafaa and Berry are unable to find a location at Southern Desert Correctional Center to appear by telephone for the settlement conference, perhaps an option might be to appear by telephone from the Las Vegas Office of the Attorney General.

     **IT IS SO ORDERED.**

                                      LANCE S. WILSON, CLERK

                                      By:          /s/
                                              Deputy Clerk