UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 26, 2016 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to compel compliance with subpoena *duces tecum* directed to Sheriff Joseph Lombardo of the Las Vegas Metropolitan Police Department to produce the ex-felon registry contact information for Jose Alcocer and Isidro Lemus-Leon (ECF No. 506) . Sheriff Lombardo specially appeared in opposition to the motion to compel (ECF No. 510), and plaintiff replied (ECF No. 512).

Having considered the parties' arguments and this Court's previous order that the Attorney General's Office provide the last known addresses for Kevin Smith and Michael Washington (*see* ECF No. 507), the Court orders that the Attorney General's Office shall direct an investigator to review the ex-felon registry and provide the same limited information to plaintiff for Jose Alcocer and Isidro Lemus-Leon. The Attorney General's Office shall provide this information to plaintiff no later than **Friday, October 7, 2016**.

Based upon the foregoing, plaintiff's motion to compel (ECF No. 506) is **DENIED as MOOT.**

    IT IS SO ORDERED.

                LANCE S. WILSON, CLERK

                By:         /s/
                        Deputy Clerk