# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 20, 2017 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to expand the number of pages of his settlement brief to ten pages (ECF No. 579) is **GRANTED**. In addition, the court will return the original exhibits to plaintiff following the settlement conference.

The court will **DEFER** its decision on plaintiff's motion to attend the settlement conference in person rather than by video conference (ECF No. 580) until briefing on this motion is complete.

Finally, the defendants' omnibus motion to excuse their participation in the July 2017 settlement conference (ECF No. 581) is **GRANTED in part**. Defendant Isidro Baca shall be required to attend in person. Plaintiff filed a notice of non-opposition (ECF No. 582) to this motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:        /s/
         Deputy Clerk