1 | ADAM PAUL LAXALT
    Attorney General
2 | CLARK G. LESLIE (Bar No. 10124)
    Chief Deputy Attorney General
3 | JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General
4 | State of Nevada
    Office of the Attorney General
5 | 555 East Washington Avenue
    Suite 3900
6 | Las Vegas, Nevada  89101
    (702) 486-3177 (phone)
7 | (702) 486-3773 (fax)
    Email:  jfrost@ag.nv.gov
8 |
  | *Attorneys for Defendants Taerik Berry,*
9 | *Yaqub Mustafaa, Jeremiah Schultz,*
  | *Brian Williams, and James G. Cox*



10
11
12
13 | **UNITED STATES DISTRICT COURT**
14 | **DISTRICT OF NEVADA**    *ORDER*

15 | CHRISTOPHER A. JONES,
16 |                   Plaintiff,
17 | vs.
18 | HOWARD SKOLNIK, *et al.*,
19 |                   Defendants.
20

Case No.  3:10-cv-00162-LRH-VPC

**DEFENDANTS' UNOPPOSED
MOTION TO EXCUSE THE
PARTICIPATION OF JARED M.
FROST AT THE JULY 2017
SETTLEMENT CONFERENCE**

**Settlement Conference Set For
July 11, 2017**

21
22 |     Defendants Taerik Berry, Yaqub Mustafaa, Jeremiah Schultz, Brian Williams, and
23 | James G. Cox, by and through counsel, Adam Paul Laxalt, Attorney General of the State
24 | of Nevada, Clark G. Leslie, Chief Deputy Attorney General, and Jared M. Frost, Senior
25 | Deputy Attorney General, hereby submit this motion to excuse the participation of
26 | Jared M. Frost at the July 2017 settlement conference. This motion is made and based on
27 | the following points and authorities, the attached Declaration of Counsel, the pleadings
28 | and papers on file herein, and any other evidence the Court deems appropriate to consider.

1  I.    **BACKGROUND**

2       This is an inmate civil rights lawsuit filed pursuant to 42 U.S.C. section 1983.

3       On April 26, 2017, Plaintiff filed a motion for a global settlement conference. ECF

4  No. 572. On June 2, 2017, the Court ordered the scheduling of a global settlement

5  conference for July 11, 2017, in Reno, Nevada. ECF No. 576. The settlement conference is

6  to encompass this matter and two additional matters: *Jones v. Bannister*, Case No. 3:16-

7  cv-00399; and *Jones v. Neven*, Case No. 2:07-cv-01088. *Id.*

8       In its order scheduling the global settlement conference, the Court specified that

9  "[a]ll counsel of record who will be participating in the trial of this case, all parties

10  appearing pro se, if any, and all individual parties must be present." *Id.* at 1. The Court

11  further specified that "[a]ll parties and counsel should make arrangements to be present

12  at the settlement conference for the entire day." *Id.*

13       On June 13, 2017, Plaintiff filed a motion to appear personally at the July 2017

14  settlement conference. ECF No. 580.

15       On June 14, 2017, Defendants filed an omnibus motion to excuse their participation

16  at the July 2017 settlement conference. ECF No. 581. Plaintiff did not oppose the motion.

17  ECF No. 582.

18       On June 20, 2017, the Court granted Defendants' omnibus motion in part. ECF No.

19  583. Pursuant to the Court's order , Defendant Isidro Baca is required to attend the July

20  2017 conference, and the participation of all other Defendants is excused. *Id.*

21       On June 21, 2017, all remaining Defendants in this case filed a Notice Of Intent To

22  Proceed By Joint Representation. ECF No. 584.

23       On June 26, 2017, the Court granted Plaintiff's motion to appear personally at the

24  July 2017 settlement conference. ECF No. 587.

25       This motion to excuse the participation of Jared M. Frost follows.

26  ///

27  ///

28  ///

1    ## II.    ARGUMENT

2        Good cause supports excusing Jared M. Frost from participating at the July 2017

3    settlement conference. In addition to an NDOC representative, Warden Baca, and the Tort

4    Claims Manager, there are three attorneys planning to attend the settlement conference

5    on behalf of the various Defendants: Chief Deputy Attorney General Clark Leslie, Deputy

6    Attorney General Ben Johnson, and Deputy Attorney General Ian Carr. Each of these

7    attorneys is based in Northern Nevada. However, the undersigned is based in Las Vegas

8    and would be required to travel and accrue related costs for the conference. *See* Exhibit 1

9    (Declaration of Counsel).

10        In addition, Defendants submit that the undersigned's participation in the July 2017

11    settlement conference is unnecessary. All Defendants in this matter recently filed a Notice

12    Of Intent To Proceed By Joint Representation, informing the Court that they had waived

13    any potential conflict in this matter. *See* ECF No. 584. Consequently, Defendants Berry

14    and Mustafaa will not require separate counsel at the settlement conference, and Mr. Leslie

15    will be able to adequately represent the interests of all Defendants in this case.

16        Furthermore, Plaintiff does not object to Defendants' request, and the motion is

17    consequently unopposed. *See* Exhibit 1.

18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

1   **III.   CONCLUSION**

2       The Court should grant Defendants' motion to excuse the participation of Jared M.

3   Frost at the July 2017 settlement conference.

4       DATED this 27th day of June, 2017.

5                   ADAM PAUL LAXALT
                Attorney General

6

7                   By:   /s/ Jared M. Frost
                    JARED M. FROST (Bar No. 11132)
                    Senior Deputy Attorney General

8                       CLARK G. LESLIE (Bar No. 10124)
                    Chief Deputy Attorney General

9

                    *Attorneys for Defendants*

10

11

12

13       IT IS SO ORDERED.

14

15                   DATED June 29, 2017.

16

17

18                   _____

19                   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 27, 2017, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXCUSE THE PARTICIPATION OF JARED M. FROST AT THE JULY 2017 SETTLEMENT CONFERENCE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Christopher A. Jones, #50600
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, Nevada  89702
*Plaintiff Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General

# EXHIBIT 1

# Declaration of Counsel

# EXHIBIT 1

1  ADAM PAUL LAXALT
     Attorney General
2  CLARK G. LESLIE (Bar No. 10124)
     Chief Deputy Attorney General
3  JARED M. FROST (Bar No. 11132)
     Senior Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 East Washington Avenue
   Suite 3900
6  Las Vegas, Nevada  89101
   (702) 486-3177 (phone)
7  (702) 486-3773 (fax)
   Email: jfrost@ag.nv.gov
8
   **Attorneys for Defendants Taerik Berry,**
9  **Yaqub Mustafaa, Jeremiah Schultz,**

10

11

12

13                    UNITED STATES DISTRICT COURT

14                         DISTRICT OF NEVADA

15  CHRISTOPHER A. JONES,              Case No.  3:10-cv-00162-LRH-VPC

16               Plaintiff,

17  vs.                                DECLARATION OF COUNSEL

18  HOWARD SKOLNIK, et al.,

19               Defendants.

20

21         I, JARED M. FROST, hereby declare, based on personal knowledge and/or

22  information and belief, that the following assertions are true:

23         1.     I am a Senior Deputy Attorney General employed by the Nevada Attorney

24  General in the Litigation Division, and I make this declaration in support of Defendants'

25  Unopposed Motion To Excuse The Participation Of Jared M. Frost At The July 2017

26  Settlement Conference.

27         2.     I currently reside in the Las Vegas area and would be required to travel to

28  attend the July 2017 settlement conference scheduled in this matter for July 11, 2017. In

1  the event that I am required to personally participate at the conference, the State would
2  be required to absorb the related travel, lodging, and meal costs.

3      3.   All remaining Defendants in this matter have consented to joint
4  representation, and Chief Deputy Attorney General Clark Leslie will therefore be able to
5  adequately represent the interests of all Defendants at the settlement conference.

6      4.   On June 27, 2017, I spoke with Plaintiff by phone and discussed my intent to
7  file this request to be excused from participating at the July 2017 settlement conference.
8  Plaintiff indicated that he did not oppose the request.

9      Pursuant to 28 U.S.C. section 1746, Declarant certifies, under penalty of perjury,
10 that the foregoing is true and correct.

11     DATED this 27th day of June, 2017.

12                          ADAM PAUL LAXALT
                            Attorney General
13

14                          By:   /s/ Jared M. Frost
                                  JARED M. FROST (Bar No. 11132)
15                                Senior Deputy Attorney General

16                                **Attorneys for Defendants**

17

18

19

20

21

22

23

24

25

26

27

28