UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | 3:10-cv-00162-LRH-VPC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 13, 2017 |
| HOWARD SKOLNIK, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 17, 2017, plaintiff filed a motion for request to take notice of automatic substitution of current Nevada Department of Corrections ("NDOC") Director, James Dzurenda, for Former NDOC Director, Howard Skolnik, pursuant to Federal Rule of Civil Procedure 25(d) (ECF No. 566). FRCP 25(d) allows for the substitution of public officers when said officer "dies, resigns, or otherwise ceases to hold office while the action is pending." However, on December 16, 2016, the Ninth Circuit found that Skolnik is entitled to qualified immunity (ECF No. 551), and he was subsequently dismissed as a defendant in this action (ECF No. 569). Accordingly, because the party who plaintiff is requesting be substituted has been dismissed from this action, plaintiff's motion (ECF No. 566) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

BY: /s/
Deputy Clerk