# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER JONES, | ) | 3:10-CV-0162-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 17, 2017 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for clarification (ECF No. 603) is **GRANTED** in that the court clarifies that pursuant to Local Rule 7-2(b), "the deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion."  Moreover, the defendants requested and were granted until **October 31, 2017** to file an opposition to plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/
   Deputy Clerk