UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | Case No. 3:10-cv-00162-LRH-CBC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | |

Plaintiff Christopher A. Jones, *pro se*, and Defendants Taerik Berry, Yaqub Mustafaa, Jeremiah Schultz, Brian Williams, and James G. Cox, by and through counsel, Adam Paul Laxalt, Attorney General for the State of Nevada, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The

///

///

///

parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 5TH day of SEPT, 2018.

_____
CHRISTOPHER A. JONES
*Plaintiff Pro Se*

DATED this 10TH day of September 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
JARED M. FROST, ESQ.
Senior Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** The matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED this 12th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE